**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ONESTA IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 1:25-cv-586-ADA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Onesta IP, LLC ("Plaintiff") and Defendant NVIDIA Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  April 3 2026

Respectfully submitted,

/s/      *David M. Prichard*
David M. Prichard
State Bar No. 16317900
Direct Line: (210) 477-7401
Email: dprichard@pomllp.com

David R. Montpas
State Bar No. 00794324
Direct Line: (210) 477-7417
Email: dmontpas@pomllp.com

PRICHARD, OLIVER MONTPAS LLP

*/s/ Michael T. Renaud by permission Andrea L. Fair*
Michael T. Renaud
Adam S. Rizk
Samuel F. Davenport
Catherine Xu
Courtney Herndon
Hannah M. Edge
Mintz Levin Cohn Ferris
 Glovsky and Popeo PC
One Financial Center
Boston, MA 02111

1

10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 –Telephone
(210) 477-7450 –Telecopier

*Counsel for Respondent NVIDIA
Corporation*

Tel: 617-542-6000
Fax: 617-542-2241

*Of Counsel*:

Andrea L. Fair
Texas State Bar No. 24078488
andrea@millerfairhenry.com

Garrett Parish
Texas State Bar No. 24125824
garrett@millerfairhenry.com

MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Complainant Onesta IP, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record is being served with this document on this April 3, 2026 via CM/ECF.

*/s/ Andrea L. Fair*